EDWARD WALLENSTEIN, Appellant, v. JOHN KOCHLI and THOMAS O. KAVANAUGH, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JACOB W. LOEB, Appellant, v. WILLIAM FOX, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

JACOB W. LOEB, Appellant, v. WILLIAM FOX, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

BENNY SABATINO, Appellant, v. JAMES L. LONG and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Arbitration of Differences between WHITECOURT CONSTRUCTION CORPORATION, Appellant, and FORDHAM CORNICE WORKS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

GLADYS FRIEDE, Respondent, v. LEO FRIEDE, Appellant.— Order modified by reducing alimony for the support and maintenance of the plaintiff to the sum of $150 a week, and counsel fee to the sum of $2,000, and as so modified affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WARNER-QUINLAN COMPANY, Appellant, v. HARTOL PRODUCTS CORPORATION and FRANK C. HART, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

WILLIAM B. KOLMAN and MADGE L. KOLMAN, Respondents, v. MARY I. McDONALD and JOHN J. DWYER, Appellants.— Orders affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

HARRIET J. RALDIRIS, Respondent, v. E. H. H. SIMMONS, as President of the New York Stock Exchange, Appellant. — Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ANNA PAGNUCCO, Appellant, v. MAX PAGNUCCO, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

ARMAND SCHMOLL, INC., Respondent, v. COMMONWEALTH AND DOMINION LINE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

SEARS & RICHARDS, INC., Respondent, v. ATLANTIC GULF AND PACIFIC STEAMSHIP COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THOMAS DWYER, Respondent, v. THE CITY OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within ten days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

THE ÆTNA CASUALTY AND SURETY COMPANY, Appellant, v. TRAMLEY, INC.,